OSCN Found Document:REVOCATION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 REVOCATION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS
2016 OK 52
Decided: 05/09/2016
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2016 OK 52, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

RE: Revocation of Credentials of Registered Courtroom Interpreters

ORDER

On February 15, 2016, this Court suspended the certificates of two registered courtroom interpreters for failure to comply with the annual certificate renewal requirements for 2016. See 2016 OK 22 (SCAD 2016-14). The Oklahoma Board of Examiners of Certified Courtroom Interpreters has advised that the courtroom interpreters listed below continue to be delinquent in complying with annual certificate renewal requirements, and the Board has recommended to the Supreme Court of the State of Oklahoma the revocation of the credential of each of these interpreters, effective April 15, 2016, pursuant to 20 O.S., Chapter 23, App. II, Rule 18.

IT IS THEREFORE ORDERED that the credential of each of the registered interpreters named below is hereby revoked effective April 15, 2016.

Ariel Nuncio

Alyssa Olvera

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 9th day of MAY, 2016.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.